An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JAMES R. AYMANN,<br>Appellant,<br>vs.<br>ALANA PETERSON; AND ELAINA PETERSON,<br>Respondents. | No. 64657 |
| JAMES AYMANN,<br>Appellant,<br>vs.<br>ELAINA PETERSON; AND ALANA PETERSON,<br>Respondents. | No. 64898 ✓ |

**FILED**

AUG 11 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

Our review of the documents before us in these proper person appeals from the same underlying district court action reveals jurisdictional defects. Specifically, it appears that neither the order granting partial summary judgment challenged in Docket No. 64657 nor the order regarding the scheduled trial date challenged in Docket No. 64898 are final, appealable judgments. *See* NRAP 3A(b)(1) (providing for an appeal from a final judgment in an action or proceeding). A final judgment is one that disposes of all issues presented in the case, and leaves nothing for the future consideration of the district court, except for post-judgment issues such as attorney fees and costs. *Lee v. GNLV Corp.,* 116 Nev. 424, 996 P.2d 416 (2000). Accordingly, as it appears that a final

14-26234

judgment has not been entered in the underlying case, we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Joanna Kishner, District Judge
        Hon. Jennifer P. Togliatti, District Judge
        James R. Aymann
        Alexander L. Mazzia, Jr.
        Eighth District Court Clerk

---

[1]In light of this order, we deny as moot all pending motions and requests for relief in these appeals, and direct the clerk of the court to return, unfiled, the documents provisionally received in this court in Docket No. 64657 on March 27, 2014, and the documents provisionally received in this court in Docket No. 64898 on April 24 and 25, 2014.